UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

               Plaintiff,

    -v-                                    26-CV-887

Approximate sum of $20,494 United States currency;
Approximate sum of $16,000 United States currency;
One (1) gold ring with multiple diamonds;
One (1) silver and gold Rolex with diamonds;
One (1) gold diamond engagement ring;
One (1) straight line diamond ring;
One (1) silver Rolex Oyster Precision;
One (1) gold stud diamond earring;
Two (2) gold diamond earrings;
One (1) gold snake diamond ring;
One (1) gold necklace with diamond pendant;
One (1) gold necklace; and
One (1) gold bracelet,

               Defendants *in rem*.

_____

## VERIFIED COMPLAINT FOR FORFEITURE

The United States of America, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, and Mary Clare Kane, Assistant United States Attorney, of counsel, for its Verified Complaint herein alleges as follows:

## CAUSE OF ACTION

1.     This is an action *in rem* pursuant to Title 21, United States Code, Section 881(a)(6) for the forfeiture of the approximate sum of $20,494 in United States currency and the approximate sum of $16,000 in United States currency (hereinafter collectively referred to

as the "Defendant Currency"); One (1) gold ring with multiple diamonds; One (1) silver and gold Rolex with diamonds; One (1) gold diamond engagement ring; One (1) straight line diamond ring; One (1) silver Rolex Oyster Precision; One (1) gold stud diamond earring; Two (2) gold diamond earrings; One (1) gold snake diamond ring; One (1) gold necklace with diamond pendant; One (1) gold necklace; and One (1) gold bracelet; (hereinafter collectively referred to as the "Defendant Jewelry") (all assets hereinafter will be collectively referred to as the "Defendant Property" where necessary) seized from 501 Emslie Street, Buffalo, New York 14212.

2.      This Court has subject matter jurisdiction of this action pursuant to Title 28, United Sates Code, Sections 1345 and 1355(a), and *in rem* jurisdiction pursuant to Title 28, United Sates Code, Sections 1355(b) and 1355(d).

3.      Venue is properly premised in the Western District of New York pursuant to Title 28, United Sates Code, Section 1395 and Title 21, United Sates Code, Section 881(j).

## Summary

4.      On or about June 25, 2025, agents from Homeland Security Investigations ("HSI") Homeland Security Task Force ("HSTF"), the Erie County Sheriff's Office ("ECSO"), the Buffalo Police Department ("BPD"), United States Probation and Pretrial Services ("USPPS"), the Federal Bureau of Investigation ("FBI"), and Alcohol, Tobacco and Firearms ("ATF") seized the Defendant Property during the execution of a Federal Probation warrant and a New York State ("NYS") search warrant at 501 Emslie St., Buffalo, New York 14212.

5.      The Defendant Property was seized on the basis that it was "all moneys ...or

2

other things of value furnished or intended to be furnished by any person in exchange for a controlled substance …in violation of this subchapter, and as all proceeds traceable to such an exchange, and all moneys, used or intended to be used to facilitate any violation of" Title 21, United States Code, Section 841 *et. seq*.

6.       The Defendant Property is in the custody of United States Customs and Border Protection ("CBP") in the Western District of New York.

## BASIS FOR FORFEITURE

7.       ECSO and HSI-HSTF received information through an investigation and from confidential source(s) that Dominic Daniels (hereinafter "DANIELS") was storing and selling large quantities of fentanyl/cocaine in the City of Buffalo and throughout Erie County, in the Western District of New York. As a result, a further investigation was initiated into the drug trafficking activities of DANIELS.

8.       In addition to a Federal Probation warrant for 501 Emslie Street, Buffalo, NY 14212 (hereinafter "501 Emslie St."), NYS search warrants were also obtained for 501 Emslie St., and a Tesla T3 bearing NY Reg. LNR8132, registered to Dominic DANIELS.[1]

### Search of 501 Emslie St. and Vehicle

9.       On or about June 25, 2025, HSI-HSTF, ECSO, BPD, USPPS, FBI, and ATF executed the Federal Probation warrant and NYS search warrants at 501 Emslie St. and upon DANIELS' vehicle.

---

[1] This vehicle was not seized in connection with the investigation.

10.     During the execution of the probation warrant and NYS search warrants at 501 Emslie St. and upon DANIELS' vehicle, the following items were discovered and seized:

**Seized from 501 Emslie St.:**

- Approximate sum of $20,494 United States currency;
- Approximate sum of $16,000 United States currency;
- One (1) gold ring with multiple diamonds;
- One (1) silver and gold Rolex with diamonds;
- One (1) gold diamond engagement ring;
- One (1) straight line diamond ring;
- One (1) silver Rolex Oyster Precision;
- One (1) gold stud diamond earring;
- Two (2) gold diamond earrings;
- One (1) gold snake diamond ring;
- One (1) gold necklace with diamond pendant;
- One (1) gold necklace; and
- One (1) gold bracelet.

**Seized from DANIELS' Vehicle:**

- One (1) loaded Taurus 9mm G2C handgun with extended magazine;[2]
- 39 grams of suspected cocaine; and
- 130 grams of suspected fentanyl.

11.     Subsequent lab analysis of the suspected cocaine and fentanyl (referred to in ¶ 10) by the Erie County Central Police Services Forensic Laboratory confirmed the presence of cocaine and fentanyl.

12.     Based on the training and experience of LEO, the street value of 39 grams of cocaine is approximately $2,340 and the street value of 130 grams of fentanyl is approximately $10,400.

---

[2] This asset is not the subject of this complaint.

13.     Based on the training and experience of LEO, the possession of quantities of the controlled substances seized is consistent with distribution and is not consistent with personal use.

14.     Upon information and belief, DANIELS is not employed.

### Daniels' Prior Federal Conviction

15.     On July 19, 2018, DANIELS pled guilty to a violation of Title 21, United States Code, Section 846 (conspiracy to possess with intent to distribute, and to distribute, 500 grams or more of cocaine). (Docket No.: 17-CR-129-EAW, ECF No. 91).

16.     This conviction is the reason that DANIELS was under federal supervision at the time of the investigation and execution of the search warrants.

17.      Per an open-source search of the Federal Bureau of Prisons Inmate Locator website, DANIELS was released on or about August 9, 2022.

### Daniels' Arrest and Guilty Plea

18.     Following the search of 501 Emslie St., DANIELS was arrested by the FBI and charged with violations of Title 21, United States Code, Sections 841 and 846, and Title 18, United States Code, Section 924(c).

19.     On February 13, 2026, as a result of the investigation and arrest, DANIELS pled guilty to a two-count Information which charged the following offenses:

- In Count 1, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) (possession with intent to distribute 40 grams or more of fentanyl); and
- In Count 2, a violation of Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm). (ECF No. 25-CR-243).

20.    As part of his plea agreement, DANIELS agreed that the [Defendant Property] is forfeitable pursuant to Title 21, United States Code, Section 881(a)(6). The defendant further agreed to the forfeiture of the Seized Currency and Seized Jewelry in any administrative or civil proceeding at the United States' exclusive discretion. (*See* 25-CR-243, ECF 38 at ¶ 32).

21.    Additionally, as part of his plea agreement, DANIELS agreed to provide and execute any documents the government deems necessary to resolve any administrative and/or civil forfeiture action as well as to assist the United States in effectuating the forfeiture of the Seized Currency and Seized Jewelry. (*See* 25-CR-243, ECF 38 at ¶ 34).

## CONCLUSION

Based on all of the foregoing facts, the circumstances surrounding those facts, and the experience and training of the officers and agents involved in the investigation leading to the seizure of the Defendant Property, there is a reasonable belief that the Defendant Property was furnished, or intended to be furnished, in exchange for a controlled substance; was proceeds traceable to such exchange(s) of controlled substances; and had otherwise been used, or was intended to be used, to facilitate a violation(s) of Title 21, United States Code, Section 841 *et. seq.* and, therefore, the Defendant Property is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

**(Nothing below this line)**

6

**WHEREFORE**, the United States of America respectfully requests:

(1) that an arrest warrant *in rem* be issued for the arrest of the Defendant Property;

(2) that all persons having any interest therein be cited to appear herein and show cause why the forfeiture should not be decreed;

(3) that a judgment be entered declaring the Defendant Property be condemned and forfeited to the United States of America for disposition in accordance with the law;

(4) that the costs of this suit be paid to and recovered by the United States of America; and

(5) that the Court grant such order and further relief as deemed just and proper.


DATED: May 1, 2026 at Buffalo, New York.

> MICHAEL DIGIACOMO
> United States Attorney
> Western District of New York


BY:    *s/Mary Clare Kane*
> MARY CLARE KANE
> Assistant U.S. Attorney
> United States Attorney's Office
> Western District of New York
> 138 Delaware Avenue
> Buffalo, New York 14202
> (716) 843-5809
> mary.kane@usdoj.gov

7

STATE OF NEW YORK   )
COUNTY OF ERIE        )        ss.:
CITY OF BUFFALO      )

FRANK ZABAWA, being duly sworn, deposes and says:

I am a Special Agent with the Department of Homeland Security, Buffalo Border Enforcement Security Taskforce, Buffalo, N.Y., and I am familiar with the facts and circumstances surrounding the seizure of the approximate sum of $20,494 United States currency; the approximate sum of $16,000 United States currency; One (1) gold ring with multiple diamonds; One (1) silver and gold Rolex with diamonds; One (1) gold diamond engagement ring; One (1) straight line diamond ring; One (1) silver Rolex Oyster Precision; One (1) gold stud diamond earring; Two (2) gold diamond earrings; One (1) gold snake diamond ring; One (1) gold necklace with diamond pendant; One (1) gold necklace; and One (1) gold bracelet, seized from 501 Emslie Street, Buffalo, New York 14212, on or about June 25, 2025.  The facts alleged in the Verified Complaint for Forfeiture are true to the best of my knowledge and belief and based upon my personal knowledge and information furnished to me by officers and agents of HSI-BEST, ECSO, BPD, USPPS, FBI, and ATF, and provided to officials of the United States Department of Justice.

_s/Frank Zabawa_
Frank Zabawa
Special Agent
Department of Homeland Security

Sworn to before me this 23rd day of
April, 2026.


_s/Kathleen M. Rieman_
KATHLEEN M. RIEMAN
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01R149866756
My Commission Expires 9-23-2029